## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

JAMARVIOUS JAKEL ROBERTS                                    PLAINTIFF

v.                           No. 2:22-cv-234-DPM

ARKANSAS COUNTY DETENTION
CENTER and ARKANSAS
DEPARTMENT OF CORRECTIONS                                   DEFENDANTS

### ORDER

1.      The Court withdraws the reference.

2.      Roberts hasn't paid the $402 administrative and filing fee or filed a complete application to proceed *in forma pauperis*;   and the time to do so has passed.   *Doc. 5.*   His complaint will therefore be dismissed without prejudice.   LOCAL RULE 5.5(c)(2).   An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_22 February 2023_