IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JAMARVIOUS JAKEL ROBERTS            PLAINTIFF

v.            No. 2:22-cv-234-DPM

ARKANSAS COUNTY DETENTION
CENTER and ARKANSAS
DEPARTMENT OF CORRECTIONS            DEFENDANTS

## JUDGMENT

Roberts's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

22 February 2023